## CALENDAR : MAGISTRATE'S PROCEEDING

**BEFORE MAG. JUDGE** Steven Gold  **DATE:** 9/20/10

**DOCKET NUMBER:** 10-1071 m  **LOG #:** 2:54 - 2:57

**DEFENDANT'S NAME:** Tyshawn Kennedy
 ✓ Present ___ Not Present ✓ Custody ___ Bail

**DEFENSE COUNSEL:** Len Kamdang
 ✓ Federal Defender ___ CJA ___ Retained

**A.U.S.A:** Una Dean  **DEPUTY CLERK:** S M Ywn

**INTERPRETER:** _____ (Language) _____

___ Hearing held. ___ Hearing adjourned to ___

___ Defendant was released on ___ PRB with/without some conditions.

___ Defendant was advised of bond conditions by the Court and signed the bond.

___ Surety (ies) were sworn and advised of bond obligations by the Court and signed the bond.

___ Additional surety (ies) to co-signed bond by ___

✓ At this time, defense counsel states on the record that the defendant does not have a bail application / package. **Order of detention** entered with leave to reapply to a Magistrate or to the District Court Judge to whom the case will be assigned.

___ Order of Excludable Delay entered. Code Type___ Start___ Stop___

___ Order of Speedy Trial entered. Code Type___ Start___ Stop___

___ Defendant's first appearance. ___ Defendant arraigned on the indictment.

___ Attorney Appointment of ___ FEDERAL DEFENDER ___ CJA

___ Defendant entered **NOT GUILTY PLEA** to **ALL** counts of the indictment.

___ Status conference set for ___ @ ___ before Judge ___

**OTHERS:** Defense counsel's request for release on ROR denied. Deft waived preliminary hearing.